IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>**JOHNATHAN CRAFT, et al.**<br><br>            Defendant. | Case No. **19-cr-1631-DHU** |

**ORDER GRANTING WRIT OF HABEAS CORPUS
AD TESTIFICANDUM FOR WITNESS LEANDER GALBREATH AND
FOR FREE SERVICE OF PROCESS BY THE U.S. MARSHAL'S SERVICE**

**THIS MATTER** having come before the Court on Defendant's Motion for Writ of Habeas Corpus Ad Testificandum for Leander Galbreath (Doc.485), and the Court having considered the motion, and being otherwise fully advised in the premises, FINDS that the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the Warden of Dona Ana County detention Center, 1850 Cooper Loop, Las Cruces, New Mexico 88005, to hold this witness until the completion of the trial in this matter and surrender Inmate **Leander Galbreath**, to the United States Marshal for the District of New Mexico or his representative in order that Inmate may be taken to the United States Courthouse, in Albuquerque New Mexico, to testify in the above-captioned case before the United States District Court Judge David H. Urias on Monday, **April 24, 2023, at 9:00 am.,** until the completion of the trial in this matter.

Inmate **Leander Galbreath** is to remain in the custody of the United States Marshal or his authorized representative until his testimony is complete, or as otherwise ordered by the Court.

**ORDERED this** 5th day of April, 2023, in Albuquerque New Mexico.

_____
**HONORABLE DAVID H. URIAS**
**UNITED STATES DISTRICT JUDGE**