IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JOHNATHAN CRAFT, et al.,**<br><br>　　　　　　　　　Defendant. | Case No. **19-cr-1631-DHU** |

**THIRD AMENDED WITNESS LIST**
**FOR DEFENDANT JOHNATHAN CRAFT**

　　　Defendant, Johnathan Craft, hereby notifies the Court and counsel for the government that the following witnesses may be called at the trial.  Defense requests permission to submit additional lists as may become necessary prior to and during trial:

1. Scott Elliott, Investigator
2. Craig Martin, Investigator
3. Janet McHard, McHard Firm
4. Beth Mohr, McHard Firm
5. Wade Swift, NarrowGate Forensics
6. Felicia Garza
7. Jacqueline Chavez
8. Tabitha Quintana
9. Lisa Quintana
10. Jodeci Parker - Smith
11. Lena Caldwell
12. Mandy Martinez
13. Renee Larranaga
14. Sabreana Estrada
15. Alexander Pearce
16. Dustin Swanson

17. Lindsay Brown
18. Helena Dennett
19. Michelle Espinosa
20. Michelle Guzman
21. Stephen Costa
22. Leander Galbreath
23. Desiree Gonzales
24. Jonathan Guion
25. Rogelio Loera
26. Valeria Gallegos
27. Ashleigh (Ashley) Langston
28. Brianna Langston
29. Pauline Madrid
30. Monique Madrid
31. Jasmine Romero
32. Custodian of Records, Cibola County Correctional Center
33. APD Officer Rudy Aragon
34. APD Officer Steven Franco

And any witnesses named on the government's witness list or in discovery.

Respectfully Submitted,
BURGESS & PORTER LAW, LLC

 */s/ Barrett G. Porter*
_____
Barry G. Porter
and Meredith Baker
Attorney for Defendant
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  /  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

I hereby certify that the foregoing Document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA and all other parties in this matter.

 */s/ Barrett G. Porter*
_____
Barrett G. Porter
Counsel for Defendant