# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 No. 1:19-cr-01631-DHU

KAMAL BHULA, *also known as*
Rocky, JOHNATHAN CRAFT, *also
known as Jonathan Craft*, *also known as*
YN, *also known as* WAYAN, WILLIE
HORTON, OMRAM, LLC, EDDIE
HILL and PRAGNESHKUMAR PATEL,
*also known as* PETE,

    Defendants.

## ORDER SETTING JURY TRIAL AND OTHER DEADLINES

This matter came before the Court on Johnathan Craft and Pragneshkumar Patel's oral motion to strike the venire. Defendants alleged that the venire did not represent a fair-cross section of the community. The Court granted the motion and vacated the anticipated trial. By this Order, the Court establishes deadlines for the following events:

- The Court sets a June 14, 2023 evidentiary hearing at 10:00 A.M. on Defendants' fair-cross-section claim.

- By May 3rd, 2023, Defendants will submit a motion which will list with particularity the jury selection records they request. The parties will submit pre-hearing briefs on the issue by June 7, 2023.

- Jury selection and trial is reset to July 17-28, 2023.

**IT IS SO ORDERED**.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE