# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **19-cr-1631-DHU** |
| Plaintiff, | |
| v. | |
| **JOHNATHAN CRAFT, et al.** | |
| Defendant. | |

### DEFENDANT JOHNATHAN CRAFT'S MOTION FOR
### A PROTECTIVE ORDER PURSUANT TO 28 U.S.C. § 1867(f)

Johnathan Craft, by and through counsel of record, Meredith Baker, Law Office of Meredith Baker and Barrett G. Porter, Burgess & Porter Law, hereby respectfully moves the Court pursuant to 28 U.S.C. § 1867, to issue a protective order over jury discovery materials disclosed pursuant to the Court order of disclosure issued May 9, 2023 (Doc. 526).

Defendant requests that the court issue a protective order prohibiting the parties from disclosure of any personal juror information to anyone not involved in the litigation of the jury challenges in this case. 28 U.S.C. §1867(f) and Fed. R. Crim. P. 16(d)(1).

The Government does not oppose the issuance of a protective over the disclosed material. Likewise, legal counsel for the Mr. Patel and Mr. Bhula do not oppose the issuance of a protective order over the disclosed juror information.

<table>
<tr><td>

I hereby certify that the foregoing Document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA and all other parties in this matter.

  **/s/** Barrett (Barry) G.
_____
Porter Barrett G. Porter
Counsel for Defendant

</td><td>

Respectfully Submitted,

BURGESS & PORTER LAW, LLC

 */s/  **Barrett (Barry) G. Porter***
_____

Barrett G. Porter and
Meredith Baker Attorneys for
Defendant Johnathan Craft
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  /  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

</td></tr>
</table>