UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** CR 19-1631 DHU           **DATE:** 5/11/23

**TITLE:** USA v. Craft and Patel

**COURTROOM CLERK:** J. Gonzales       **COURT REPORTER:** C. McAlister

**COURT IN SESSION:** 12:02-12:46 PM   **TOTAL TIME:** 44 MINUTES

**TYPE OF PROCEEDING:** MOTION HEARING- DEFENDANT JOHNATHAN CRAFT'S MOTION FOR USE OF A SPECIAL QUALIFIED JURY LIST PURSUANT TO THE COURT'S MODIFIED JURY PLAN (2015) SECTION 5(b)(1) [522]-GRANTED

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Jack Burkhead                                  Robert Gorence, Susan Burgess-Farrell

**PROCEEDINGS:**

12:02 P.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

COURT: QUERIES COUNSEL RE: SUPERSEDING INDICTMENT.

MS. BURGESS-FARRELL: ADDRESSES COURT.

MR. GORENCE: ADDRESSES COURT.

COURT: QUERIES MR. BURKHEAD.

MR. BURKHEAD: RESPONDS.

COURT: WILL SET STATUS CONFERENCE FOR 5/17/23 AT 2:30 PM.

MS. BURGESS-FARRELL: ADDRESSES COURT RE: MOTION.

COURT: QUERIES MR. BURKHEAD.

MR. BURKHEAD: RESPONDS.

COURT:  QUERIES MR. GORENCE.

MR. GORENCE:  RESPONDS.

MS. BURGESS-FARRELL:  ADDRESSES COURT.

COURT:  WILL GRANT MOTION.

12:46 P.M.  COURT IN RECESS.