IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             No. 1:19-cr-01631-DHU

KAMAL BHULA, *also known as*
Rocky, JOHNATHAN CRAFT*, also
known as Jonathan Craft*, *also known as*
YN, *also known as* WAYAN, WILLIE
HORTON, OMRAM, LLC, EDDIE
HILL and PRAGNESHKUMAR PATEL,
*also known as* PETE,

    Defendants.

## ORDER GRANTING MOTION FOR USE OF A SPECIAL QUALIFIED JURY LIST (DOC. 522)

    This matter came before the Court on Johnathan Craft's Motion for Use of a Special Qualified Jury List Pursuant to the Court's Modified Jury Plant (2015) Section 5(b)(1) (Doc. 522). Defendant Patel joins the motion, which the United States opposes.

    On May 11, 2023, the Court held a hearing and, after carefully weighing the parties' arguments made both in their briefs and at the hearing, determined that the motion should be granted. *See* Clerk's Minutes, (Doc. 536).

    **THEREFORE**, for the reasons stated on the record during the May 11, 2023 hearing, Defendants Craft and Patel's Motion for Use of a Special Qualified Jury List Pursuant to the Court's Modified Jury Plant (2015) Section 5(b)(1) **(Doc. 522)** is **GRANTED**.

    **IT IS SO ORDERED**.

                                                                   HON. DAVID HERRERA URIAS
                                                                   UNITED STATES DISTRICT JUDGE