# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **19-1631-DHU** |
| Plaintiff, | |
| v. | |
| **JOHNATHAN CRAFT, et al.** | |
| Defendant. | |

### ORDER GRANTING DEFENDANT JOHNATHAN CRAFT'S MOTION FOR A PROTECTIVE ORDER PURSUANT TO 28 U.S.C. § 1867(f)

THIS MATTER having come before the Court upon Defendant Johnathan Craft's Motion for Protective Order over Juror Data (Doc. 534), filed May 10, 2023, and there being no opposition and the Court being fully advised in the circumstances:

IT IS HEREBY ORDERED that all confidential information that could be used to identify any individual juror not be disclosed by counsel for the government or defense to anyone outside of their respective litigation teams.

_____
UNITED STATES DISTRICT JUDGE