# Heather Small

| | |
|---|---|
| **From:** | Heather Small |
| **Sent:** | Friday, May 19, 2023 9:57 AM |
| **To:** | bporter_burgessporterlaw.com; gorence_golaw.us; letitia.simms@usdoj.gov |
| **Cc:** | Mitch Elfers; Diannah Zambrano; Heather Small |
| **Subject:** | Jury Data Disclosure in 19-cr-1631 DHU, USA v. Craft, et al. |
| **Attachments:** | 19-cr-1631 Cover Letter Jury Data Disclosure.pdf; Official Copy 19cr1631-JuryDataResults-2023-05-19.xlsx; Reports on Operation of the Jury Selection Plan (AO 12).pdf |

Good morning Mr. Porter, Mr. Gorence, and Ms. Simms,

Attached please find a cover letter and the jury data responsive to the Court's Order Granting Motion for Disclosure of Grand Jury and Petit Jury Data. While personal identifiers were removed from the data, I do ask that you still treat this data as sensitive. The spreadsheet is password protected. You may contact our Jury Division at 505-348-2070 (select option 6) to obtain the password. I request that you please keep the spreadsheet password protected through any electronic transmission within your respective litigation teams.

Thank you,

Heather A Small
Chief Deputy
U.S. District Court-District of New Mexico
Heather_Small@nmd.uscourts.gov