| | |
|---|---|
| **From:** | Heather Small |
| **To:** | bporter_burgessporterlaw.com; gorence_golaw.us; letitia.simms@usdoj.gov |
| **Cc:** | Mitch Elfers; Diannah Zambrano; Heather Small |
| **Subject:** | Second Jury Data Disclosure in 19-cr-1631 DHU, USA v. Craft, et al. |
| **Date:** | Monday, June 5, 2023 12:19:51 PM |
| **Attachments:** | 19-cr-1631 Cover Letter Jury Data Disclosure 2.pdf<br>Wheel 17A Panel Demographics by Pool.pdf<br>Wheel 19C Panel Demographics by Pool.pdf<br>Wheel 21A Panel Demographics by Pool.pdf<br>Wheel 23B Panel Demographics by Pool.pdf |

Good afternoon Mr. Porter, Mr. Gorence, and Ms. Simms,

Attached please find a cover letter and the jury data responsive to the follow-up request on the Court's Order Granting Motion for Disclosure of Grand Jury and Petit Jury Data. I once again ask that you treat this data as sensitive. Each document containing data has been password protected with the same password used for the spreadsheet provided on May 19, 2023. I request that you please keep the documents password protected through any electronic transmission within your respective litigation teams.

Thank you,

Heather A Small
Chief Deputy
U.S. District Court-District of New Mexico
Heather_Small@nmd.uscourts.gov