**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 9 | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File ☐ Related Files ☐ ☐ ☐ ☐ | | 3. File No. ████ | 4. G-DEP Identifier XAX1D |
| 5. By: M.S Hoisington, TFO<br>At: ALBUQUERQUE, NM DISTRICT OFFICE (ASAC #3) | | | 6. File Title<br>BHULA, Kamal | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>07-11-2019 | |
| 9. Other Officers: SA David Quan, SA Kirk Lemmon, HSI SA's: Morgan Langer, Blake Diamond, TFO Bryan Covington. | | | | |
| 10. Report Re: Acquisition of Drug Exhibits 18-28, 30, 30a, Non drug exhibits N-30 through N37a from the Best Choice Inn rooms 110, 112, and 219 on June 18, 2019. | | | | |

**SYNOPSIS**

On June 18, 2019, Agents from the Drug Enforcement Administration, Homeland Security, and United States Marshals Office along with the Albuquerque Police Department, executed several search warrants and a Writ of Entry on the Best Choice Inn, located at 7640 Central Ave SE, Albuquerque, New Mexico.

**DETAILS**

1. On June 14, 2019 TFO Matthew Hoisington and Homeland Security (HSI) SA Morgan Langer both received federal search warrants signed by the Honorable United States Magistrate Judge Laura Fashing for rooms at the Best Choice Inn located at 7640 Central Ave SE, Albuquerque, New Mexico (Reference DEA-6 written by TFO Hoisington titled, "Execution of search warrant on Best Choice Inn Room #116 and front office; Acquisition of Non drug exhibits N-35, N-35a and Exhibit 29 on June 18, 2019.")

2. On June 18, 2019, Kamal BHULA was arrested on the federal arrest warrant as agents along with the Albuquerque Police Officers when BHULA left his residence (Reference DEA-6 written by TFO Hoisington titled, "Arrest of Kamal BHULA on June 18, 2019"). Once BHULA was arrested and transported to the Homeland Security Office, BHULA was interviewed by TFO Hoisington, SA Langer, SA Blake Diamond (HSI), and TFO Bryan Covington (HSI). During the interview, BHULA was able to provide information of specific targets that were staying at the Best

| 11. Distribution:<br>Division<br>District<br>Other | 12. Signature (Agent)<br>/s/ Matthew S Hoisington, TFO | 13. Date<br>07-15-2019 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Jerald B Shields, GS | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier<br>XAX1D |
|---|---|---|
| | 3. File Title<br>BHULA, Kamal | |
| 4.<br>Page 2 of 9 | | |
| 5. Program Code | 6. Date Prepared<br>07-11-2019 | |

Choice Inn and the rooms that they were staying in. Due to the facts of the interview that was provided by BHULA, SA Langer was able to obtain three additional search warrants for rooms, 110, 112, and 219 (Reference DEA-6 written by TFO Hoisington titled, "Interview of Kamal BHULA on June 18, 2019 and Acquisition of Exhibit N-38").

3. During the search of room 110, which was being occupied by Willie HORTON, Agents located in a black camera bag (Exhibit N-33) that contained a clear plastic baggie with white crystal like substance (Exhibit 18), a plastic container of green leafy substance (Exhibit 19), a clear plastic baggie of brown powdery substance (Exhibit 20), and a clear plastic baggie of brown tar like substance (Exhibit 21). In a black backpack on the bed was a Beretta Px4 Storm 9mm firearm (Exhibit N30), Beretta magazine with 9mm rounds (Exhibit N-30a), Springfield Armory XD-45 ACP firearm (Exhibit N-31), Springfield Armory Magazine with .45 rounds (Exhibit N31a), CZ 2075 Rami 9mm firearm (Exhibit N-32). SA David Quan took custody and control of all drug and non-drug evidence that was located in room 110.

4. During the search of room 112, which was being occupied by Johnathan CRAFT, Agents located a clear plastic baggie of brown tar like substance (Exhibit 22) located in a backpack. During the search of a nightstand, there was a clear plastic baggie of brown tar like substance (Exhibit 23), plastic ziplock with various pink and purple pills/tablets (Exhibit 24), round blue pills (Exhibit 25), clear plastic baggie of white powdery substance (Exhibit 26), plastic wrapped orange strips (Exhibit 27), and individual packets of suboxone strips (Exhibit 28). Also located in room 112 was a S&W Airweight .38 SPL. +P firearm (Exhibit N-34) and three loose .38 rounds (Exhibit N-34a), which were located in the night stand. SA Quan took custody and control of all drug and non-drug evidence that was located in room 112.

5. During the search of room 219, which was being occupied by E▮▮▮▮ H▮▮▮, Agents located a green leafy substance (Exhibit 30) wrapped in plastic grocery bags (Exhibit 30a), a Jennings T380 .38 firearm (Exhibit N-36), Charter Arms AR-7 Explorer firearm (Exhibit N-37) and .22 ammunition (Exhibit N-37a) located in the nightstand. TFO Hoisington took custody and control of all drug and non-drug evidence that was located in room 219.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01155

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier XAX1D |
|---|---|---|
| | 3. File Title BHULA, Kamal | |
| 4. Page 3 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

**CUSTODY OF EVIDENCE**

**Drug Evidence:**

**Exhibit 18** consists of a clear plastic baggie of white crystal like substance for a total weight of 108.4 grams, contained within DEA SSEE#S001087205. SA Quan and SA Lemmon took custody and control of **Exhibit 18** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 18** from temporary drug storage and processed **Exhibit 18** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 19** consists of a plastic container of green leafy substance for a total weight of 47.1 grams, contained within DEA SSEE#S1087165. SA Quan and SA Lemmon took custody and control of **Exhibit 19** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 19** from temporary drug storage and processed **Exhibit 19** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 20** consists of a clear plastic baggie of brown powdery like substance for a total weight of 136.6 grams, contained within DEA SSEE#S001087166. SA Quan and SA Lemmon took custody and control of **Exhibit 20** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 20** from temporary drug storage and processed **Exhibit 20** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 21** consists of a clear plastic baggie of brown tar like substance for a total weight of 80.4 grams, contained within DEA SSEE#S001087167. SA Quan and SA Lemmon took custody and control of **Exhibit 21** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 21** from temporary drug storage and processed

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01156

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>███████ | 2. G-DEP Identifier<br>XAX1D |
|---|---|---|
| | 3. File Title<br>BHULA, Kamal | |
| 4.<br>Page 4 of 9 | | |
| 5. Program Code | 6. Date Prepared<br>07-11-2019 | |

Exhibit 21 per DEA Policy and mailed to the South Central Laboratory via USPS.

Exhibit 22 consists of a clear plastic baggie of brown tar like substance for a total weight of 169.7 grams, contained within DEA SSEE#EM000413860. SA Quan and SA Lemmon took custody and control of Exhibit 22 and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took Exhibit 22 from temporary drug storage and processed Exhibit 22 per DEA Policy and mailed to the South Central Laboratory via USPS.

Exhibit 23 consists of a clear plastic baggie of brown tar like substance for a total weight of 35.3 grams, contained within DEA SSEE#S001087162. SA Quan and SA Lemmon took custody and control of Exhibit 23 and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took Exhibit 23 from temporary drug storage and processed Exhibit 23 per DEA Policy and mailed to the South Central Laboratory via USPS.

Exhibit 24 consists of a clear ziplock bag of various pink and purple pills/tablets for a total weight of 65.3 grams, contained within DEA SSEE#S001087163. SA Quan and SA Lemmon took custody and control of Exhibit 24 and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took Exhibit 24 from temporary drug storage and processed Exhibit 24 per DEA Policy and mailed to the South Central Laboratory via USPS.

Exhibit 25 consists of round blue pills for a total of 2 pills, contained within DEA SSEE#S000861509. SA Quan and SA Lemmon took custody and control of Exhibit 25 and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took Exhibit 25 from temporary drug storage and processed Exhibit 25 per DEA Policy and mailed to the South Central Laboratory via USPS.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01157

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier XAX1D |
| | 3. File Title BHULA, Kamal | |
| 4. Page 5 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

**Exhibit 26** consists of a clear plastic baggie of white powdery like substance for a total weight of 32.7 grams, contained within DEA SSEE#S001087160. SA Quan and SA Lemmon took custody and control of **Exhibit 26** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 26** from temporary drug storage and processed **Exhibit 26** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 27** consists of a plastic wrapped orange strips for a total weight of 33.2 grams, contained within DEA SSEE#S001087159. SA Quan and SA Lemmon took custody and control of **Exhibit 27** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 27** from temporary drug storage and processed **Exhibit 27** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 28** consists of individual packets of suboxone strips for a total weight of 34.0 grams, contained within DEA SSEE#S001087161. SA Quan and SA Lemmon took custody and control of **Exhibit 28** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 28** from temporary drug storage and processed **Exhibit 28** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 30** consists of a green leafy substance for a total weight of 645.9 grams, contained within DEA SSEE#S001087164. TFO Hoisington and TFO Solomon took custody and control of **Exhibit 30** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed by SA Lemmon took **Exhibit 30** from temporary drug storage and processed **Exhibit 30** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Exhibit 30a** consists of plastic grocery bags that contained Exhibit 30 for a total weight of 139.6 grams, contained within DEA SSEE#S001087164. TFO Hoisington and TFO Solomon took custody and control of **Exhibit 30a** and transported it to the Albuquerque District Office, where it was tagged into the temporary drug storage. On June 19, 2019, SA Quan as witnessed

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01158

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier XAX1D |
| | 3. File Title BHULA, Kamal | |
| 4. Page 6 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

by SA Lemmon took **Exhibit 30a** from temporary drug storage and processed **Exhibit 30a** per DEA Policy and mailed to the South Central Laboratory via USPS.

**Non-Drug Evidence:**

**Exhibit N-30:** Consists of Beretta Px4 Storm 9mmSN: PX339290 sealed within DEA SSEE#S000953003. On June 18, 2019, SA Quan took custody and control of **Exhibit N-30** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-30a:** Consists of Beretta Magazine with 9mm rounds sealed within DEA SSEE#S000953004. On June 18, 2019, SA Quan took custody and control of **Exhibit N-30a** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-31:** Consists of Springfield Armory XD-45 ACPSN: US619179 sealed within DEA SSEE#S001087122. On June 18, 2019, SA Quan took custody and control of **Exhibit N-31** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-31a:** Consists of Springfield Armory with .45 rounds sealed within DEA SSEE#S001087097. On June 18, 2019, SA Quan took custody and control of **Exhibit N-31a** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence

DEA Form    -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01159

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▓▓▓▓▓ | 2. G-DEP Identifier XAX1D |
| | 3. File Title BHULA, Kamal | |
| 4. Page 7 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-32:** Consists of CZ 2075 Rami 9mm SN: A1402 sealed within DEA SSEE#S000861510. On June 18, 2019, SA Quan took custody and control of **Exhibit N-32** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-33:** Consists of black camera bag that contained various narcotics and small clear plastic baggie of jewelry sealed within DEA SSEE#S001087168. On June 18, 2019, SA Quan took custody and control of **Exhibit N-33** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-34:** Consists of S&W Airweight .38 SPL. +PSN: DCX7677, sealed within DEA SSEE#S000861508. On June 18, 2019, SA Quan took custody and control of **Exhibit N-34** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-34a:** Consists of three loose .38 rounds, sealed within DEA SSEE#S000953005. On June 18, 2019, SA Quan took custody and control of **Exhibit N-34a** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01160

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier XAX1D |
|---|---|---|
| | 3. File Title BHULA, Kamal | |
| 4. Page 8 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-35:** Consists of Jennings J-22 .22LRSN: 533050, sealed within DEA SSEE#S000953033. On June 18, 2019, SA Quan took custody and control of **Exhibit N-35** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-35a:** Consists of Jennings Magazine w/.22 rounds, sealed within DEA SSEE#S000953006. On June 18, 2019, SA Quan took custody and control of **Exhibit N-35a** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 20, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-36:** Consists of Jennings T380 .38SN: 1432939, sealed within DEA SSEE#S000861505. On June 18, 2019, SA Quan took custody and control of **Exhibit N-36** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 21, 2019, SA Quan as witnessed by TFO Solomon, signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**Exhibit N-37:** Consists of Charter Arms AR-7 Explorer SN: A083219, sealed within DEA SSEE#M000024516. On June 18, 2019, TFO Hoisington took custody and control of **Exhibit N-37** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 21, 2019, SA Quan signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01161

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. ▓▓▓ | 2. G-DEP Identifier XAX1D |
| | 3. File Title BHULA, Kamal | |
| 4. Page 9 of 9 | | |
| 5. Program Code | 6. Date Prepared 07-11-2019 | |

**Exhibit N-37a:** Consists of .22 ammunition, sealed within DEA SSEE#S000953025. On June 18, 2019, TFO Hoisington took custody and control of **Exhibit N-37a** and transported it to the Albuquerque District Office, where it was tagged into the temporary non drug locker. On June 21, 2019, SA Quan signed the evidence from temporary non-drug locker, the Exhibit was processed per DEA Policy and shortly thereafter custody and control was transferred to the Non-Drug Evidence Custodian.

**INDEXING**

1. BHULA, Kamal - NADDIS: 8936607.
2. HORTON, Willie - NADDIS: 8523343.
3. CRAFT, Johnathan - NADDIS: 9042574.
4. H▓▓▓, E▓▓▓ - NADDIS: Negative; DOB: ▓▓▓; SSN: ▓▓▓; Ht: ▓▓▓; Wt: ▓▓; Hair: Black; Eyes: Brown; Address: 7640 Central Ave SE, Albuquerque, New Mexico, Room ▓▓▓; Remarks: Occupant of the Best Choice Inn in room ▓▓▓, located at 7640 Central Ave SE, Albuquerque, New Mexico. During the search of his room 645.9 grams of marijuana and a stolen firearm were located.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. Bhula et al. 01162