FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 3 2023

MITCHELL R. ELFERS
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

JOHNATHAN CRAFT, et.al.

Defendant.

Case No. 1: 19-cr-1631 **(DHU)**

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty. I understand that my sentencing hearing will be before a United States District Judge.

_____
Defendant

_/s/  Barrett (Barry) G. Porter_
Attorney for Defendant

Date: 7/13/2023

Before: _____
U.S. Magistrate Judge Laura Fashing