AO 455 (Rev. 01/09) Waiver of an Indictment

```
                                              FILED
                                    UNITED STATES DISTRICT COURT
                                      ALBUQUERQUE, NEW MEXICO

                                              JUL 1 3 2023

                                           MITCHELL R. ELFERS
                                                 CLERK
```

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.
__Johnathan Croft__
Defendant

Case No. CR 19-cr 1631 DHU

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/13/23

_____
Defendant's signature

_____
Signature of defendant's attorney

Barrett P. Porter
_____
Printed name of defendant's attorney

_____
Judge's signature

Laura Fashing, U.S. Magistrate Judge
_____
Judge's printed name and title