IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br>v.<br><br>JOHNATHAN CRAFT, et al.<br><br>                                   Defendant. | CR No. **19-1631  (DHU)** |

**ORDER GRANTING DEFENDANT CRAFT'S
UNOPPOSED MOTION TO EXTEND DEADLINE FOR THE FILING OF
DEFENSE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

This matter, comes before the Court upon the Defendant Johnathan Craft's Unopposed Motion to Extend the deadline for the filing of PSR Objections filed on October 17, 2023 (Doc. 604).

The Court finds the motion sets forth good grounds for the requested relief and hereby grants the motion.

Thus, it is ORDERED that Defendant Craft's deadline for the filing of objections to the Presentence Investigation Report is extended to October 30, 2023.

_____
UNITED STATES DISTRICT JUDGE