# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                           Plaintiff,<br><br>v.<br><br>JOHNATHAN CRAFT,<br>                                           Defendant. | Case No. 1:19-cr-01631 DHU |

## NOTICE OF UNAVAILABILITY

COMES NOW Defendant JOHNATHAN CRAFT, by and through CJA-appointed counsel, Barry G. Porter, Burgess & Porter Law, and hereby advises the Court and Counsel that Defense Counsel is not available for court proceedings during the below dates because he will be out of the country:

**November 4, 2023, through November 11, 2023**

The undersigned, therefore, respectfully requests that this Court not schedule any hearings during the time-period referenced above.

Respectfully Submitted,
BURGESS & PORTER LAW, LLC

*/s/  Barrett (Barry) G. Porter*
_____
Barrett G. Porter
Attorney for Defendant
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

I hereby certify that the foregoing Document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA and all other parties in this matter.

   /s/ Barrett (Barry) G. Porter
_____
Barrett G. Porter
Counsel for Defendant