# STATE OF NEW MEXICO

IN THE MAGISTRATE COURT
COUNTY OF SANDOVAL

No. M45VM202100443

**STATE OF NEW MEXICO**
-VS-

Date Filed: _____

| ZIRPEL | , BRAIAN | | Address: | ▓▓▓▓▓▓▓▓▓▓ |
|---|---|---|---|---|

Defendant

BERNALILLO    NM    87004

D.O.B. ▓▓ 1992    S.S.N.: ▓▓▓▓▓▓    Drivers Lic. #: ▓▓▓▓▓ NM)

Race: W    Sex: M    Hgt: 5"05    Wgt: 125    SMT: _____

*[Stamp: FILED MAGISTRATE COURT DEC 20 2021 SANDOVAL COUNTY DIVISIONS I & II]*

## CRIMINAL COMPLAINT

CRIME (Common name of Offense(s))
1  **Battery against a household member**    2  _____
3  _____    4  _____
5  _____

The undersigned, under penalty of perjury, complains and says that on or about **6TH** day of in **DEC**, **2021** the County of Sandoval State of New Mexico, the above-named defendant(s) did (here the essential facts):

Count I: Battery against a household member
- unlawfully and intentionally touch or apply force to the person of [P▓▓▓ M▓▓▓], a household member, in a rude, insolent or angry manner, contrary to NMSA 1978, § 30-03-15. (a misdemeanor)

Contrary to Section(s)    **30-03-15**,    ,    ,    ,    _____    NMSA 1978.

I swear or affirm under penalty of perjury that the facts set forth above are true and to the best of my information and belief, I understand that it is a criminal offense subject to the penalty of imprisonment to make a false statement in a criminal complaint.

**M. MARTINEZ**
Complainant

If Probable Cause determination required:

Probable Cause found _____ Not Found _____
(If not found, complaint dismissed and defendant released)

Title (if any)

Date: _____

Approved/Title

Judge: _____

# STATE OF NEW MEXICO
## IN THE MAGISTRATE COURT
## COUNTY OF SANDOVAL

No. M45VM202100443

**STATE OF NEW MEXICO**
-VS-

FILED IN MAGISTRATE COURT
DEC 20 2021
SANDOVAL COUNTY
DIVISIONS F & J

Date Filed: _____

| | | |
|---|---|---|
| ZIRPEL | BRAIAN | J |
| Defendant | | |

Address: _____ BERNALILLO NM 87004

D.O.B. ____ 1992  S.S.N.: _____  Drivers Lic. #: _____

Race: W  Sex: M  Hgt: 5"05  Wgt: 125  SMT: _____

CRIME (Common name of Offense(s))
**Battery against a household member**

## CRIMINAL COMPLAINT CONTINUED

The undersigned, under penalty of perjury, complains and says that on or about **6TH** day of in **DEC**, **2021** the County of Sandoval State of New Mexico, the above-named defendant(s) did (here the essential facts):

On December 6, 2021 at about 0925 hours, I wad dispatched to 1436 in reference to a domestic. Dispatch advised that the caller stated that the male was going to beat her up and that she needed to get off the phone. I made contact with P___ M___ (___-1992), who advised that her husband, B___ Z___ (___1992), had throw a cell phone at her face striking her on the left side. The cell phone was then cracked from hitting her in the face and falling to the ground. M___ stated that she did not know why Zirpel was angry at her because she was asleep in bed. A safety sweep of the residence was done, Zirpel was not located.

Contrary to Section(s) __30-03-15__, _____, _____, _____, _____ NMSA 1978.

I swear or affirm under penalty of perjury that the facts set forth above are true and to the best of my information and belief, I understand that it is a criminal offense subject to the penalty of imprisonment to make a false statement in a criminal complaint.

**M. MARTINEZ**
Complainant

If Probable Cause determination required:

Probable Cause found _____ Not Found _____
(If not found, complaint dismissed and defendant released

Title (if any) _____

Date: _____
Judge: _____

Approved/Title _____

STATE OF NEW MEXICO                                                    COUNTY OF
SANDOVAL
13th JUDICIAL DISTRICT

IN THE MAGISTRATE COURT

No. M45JM202100443

**STATE OF NEW MEXICO**
*Plaintiff,*                                                            Date Filed:

v.
*Defendant,*
NAME: ZIRPEL, BRIAN J
DOB: [REDACTED] 1992  SSN: [REDACTED]   Hgt: 5'05  Wgt: 125  Eyes: Bro  Hair: Bro
Driver's License # [REDACTED]   State: NM
Address: # [REDACTED]   BERNALILLO, NM  Zip: 87004-9115

FILED IN MAGISTRATE COURT
DEC 2 0 2021
SANDOVAL COUNTY
DIVISIONS I & II

**CRIMINAL SUMMONS**

The undersigned, under penalty of perjury, complains and says that on or about **the 6TH day of December 2021**, in the County of Sandoval, State of New Mexico, the above-named defendant did (here the essential facts):

**Count I: Battery against a household member**
- unlawfully and intentionally touch or apply force to the person of [P[REDACTED] M[REDACTED]], a household member, in a rude, insolent or angry manner, contrary to NMSA 1978, § 30-03-15. (a misdemeanor)

On December 6, 2021 at about 0925 hours, I wad dispatched to 1436 in reference to a domestic. Dispatch advised that the caller stated that the male was going to beat her up and that she needed to get off the phone. I made contact with P[REDACTED] M[REDACTED] ([REDACTED]-1992), who advised that her husband, Brian Zirpel ([REDACTED] 1992), had throw a cell phone at her face striking her on the left side. The cell phone was then cracked from hitting her in the face and falling to the ground. M[REDACTED] stated that she did not know why Zirpel was angry at her because she was asleep in bed. A safety sweep of the residence was done, Zirpel was not located.

Contrary to section(s): § 30-03-15,

**If Probable Cause Determination Required:**

Probable Cause Found ___ _ Not Found _____
*If not found, complaint dismissed & defendant (released)*

Date: _____

Judge: _____

_____**M. Martinez**_____ .
Complaint
_____**Patrolman #414**_____ .
Title (if any)

Approved / Title This complaint may not be filed without prior payment of a filing fee, unless approved by the district attorney or a law enforcement officer authorized to serve an arrest or search warrant. Approval of the district attorney or law enforcement officer is not otherwise required.
Approved: New Mexico Supreme Court, October 1, 1974; amended September 1, 1990, April 1, 1991, and November 1, 1991. Criminal Form 9-201

STATE OF NEW MEXICO                                                                    COUNTY OF
SANDOVAL
13th JUDICIAL DISTRICT

**IN THE MAGISTRATE COURT**