**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: SWANSON, Dustin | Investigation Number: | Report Number: 1 |
|---|---|---|

## SUMMARY OF EVENT:

**CASE OPENED ON DUSTIN SWANSON:** On October 30, 2018, the Bernalillo County Sheriff's Office (BCSO) and ATF located and apprehend Dustin SWANSON, a convicted felon, who was wanted for an outstanding state arrest warrant. Subsequently, SWANSON was apprehended and found to be in possession of firearms, body armor, and methamphetamine.

## NARRATIVE:

1. On October 30, 2018, BCSO detectives and ATF Special Agent (S/A) Nathan Kempton attempted to locate and apprehend Dustin SWANSON, a previously convicted felon, who had an outstanding state arrest warrant. BCSO obtained information that SWANSON was selling narcotics and in possession of firearms. Detectives determined that SWANSON was currently residing at the Best Choice Motel, located at 7640 Central Avenue SE, Albuquerque, NM. S/A Nathan Kempton and TFO Jerry Koppman conducted surveillance of the motel and observed SWANSON walking around the premises and meeting with several unknown subjects. SWANSON was then observed entering room #114.

2. BCSO detectives approached SWANSON's room, knocked at the door, and began announcing police presence. After knocking on the door several times, SWANSON eventually opened the door. SWANSON was ordered out of the motel room and placed under arrest.

3. TFO Koppman advised SWANSON of his rights per Miranda and questioned him about illegal activity relating to narcotics and firearms. SWANSON stated that he had approximately one (1) ounce of methamphetamine in his motel room along with three (3) firearms. SWANSON stated that he had an AK-47 style rifle, a Glock pistol, and a sawed off shotgun in the room. He further granted consent for detectives to remove the firearms and methamphetamine from his room. Detectives were able to locate two (2) of the three (3) firearms described by SWANSON. The firearms were described as a Glock model 23, .40 caliber pistol with serial number UPU319 and a Century Arms model RAS47, 7.62x39mm caliber pistol with serial number RAS347098614. The Glock pistol was loaded and chambered with fifteen (15) rounds of ammunition. The Glock pistol was located in a small safe on a nightstand. A nylon bag containing assorted ammunition was also located inside the

| Prepared by: Nathan M. Kempton | Title: Special Agent, Albuquerque I Field Office | Signature: | Date: 11/02/18 |
|---|---|---|---|
| Authorized by: Joel D. Marquez | Title: Resident Agent in Charge, Albuquerque I Field Office | Signature: | Date: 11/2/18 |
| Second level reviewer (optional): Vincent C. Pallozzi | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

safe, along with a 7.62x39mm magazine loaded with seventeen (17) rounds of ammunition, a .9mm Sig pistol magazine loaded with fifteen (15) rounds of ammunition and a .380 pistol magazine loaded with two (2) rounds of ammunition. The AK-47 pistol was located underneath the bed. It was loaded and chambered with thirty-one (31) rounds of ammunition. A plastic bag containing methamphetamine was located on the floor next to the bed. Ballistic body armor was also located inside the room on SWANSON's bed. SWANSON said that he forgot that he no longer had possession of a shotgun and stated that he had given it to someone else.

4. SWANSON stated that he uses the firearms for protection because he has been robbed of his narcotics in the past. He further stated that he obtains his supply of methamphetamine from a subject named "Guero." SWANSON requested that police not take the Glock pistol so that he would be able to protect himself.

5. The two (2) firearms, ammunition, ballistic vest and methamphetamine were seized and entered into BCSO evidence. The methamphetamine was also field tested and weighed by detectives. It tested positive for a mixture and substance of methamphetamine and had a total gross weight of 1.1 ounces. S/A Kempton function tested the firearms and determined that they functioned and fired as designed.

6. S/A Kempton determined that SWANSON was convicted of Embezzlement of a Vehicle (4th degree felony) in D-202-CR-2011-005592 out of the Second Judicial District Court of the State of New Mexico.

Attachments: NCIC Criminal History for Dustin SWANSON
Certified Judgement and Sentencing Order