**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: SWANSON, Dustin | Investigation Number: | Report Number: 5 |
|---|---|---|

## SUMMARY OF EVENT:

INTERVIEW WITH DUSTIN SWANSON: On May 16, 2019, ATF Special Agent (SA) and ATF Task Force Officer (TFO) Jerry Koppman interviewed Dustin SWANSON at the Metro Detention Center (MDC) in Albuquerque, NM.

## NARRATIVE:

1. On May 16, 2019, SA Kempton and TFO Koppman interviewed Dustin SWANSON at the Metro Detention Center in Albuquerque, NM. SWANSON was arrested on May 14, 2019, for trafficking Methamphetamine and Felon in Possession of a Firearm, along with an outstanding felony arrest warrant.

2. SWANSON was advised of his rights per Miranda prior to beginning the interview. He was questioned regarding his arrest on May 14, 2019. SWANSON acknowledged being in possession of a firearm and drugs at the time of his arrest. SWANSON stated that he sells dope and carries a firearm for protection. He further stated "my name is big out there" and that he has "a lot of haters." SWANSON stated that he was recently shot at near Central and San Pablo.

3. SWANSON stated that he no longer goes to the Best Choice Motel. He said that he gets shot at when going over to the Best Choice. SWANSON further stated that an individual by the name of "Y.N." shot at him at the Best Choice and he shot Y.N.'s car. SWANSON stated that people accuse him of being a "snitch" and working with law enforcement.

4. SWANSON acknowledged having a felony conviction for embezzlement of a stolen vehicle and recently having his probation revoked for possession of a stolen firearm.

Attachments: Copy of CD containing recorded interview

| Prepared by: Nathan M. Kempton | Title: Special Agent, Albuquerque I Field Office | Signature: | Date: 05/21/19 |
|---|---|---|---|
| Authorized by: Erik D. Rutland | Title: Acting Resident Agent in Charge, Albuquerque I Field Office | Signature: | Date: 5/23/19 |
| Second level reviewer (optional): Monique Y. Villegas | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

