


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

08/10/2021 12:54 EDT                                                                                       Page 1 of 3

**CASE NUMBER**
AL15HR18AL0006

**CASE OPENED**
9/19/2018

**CURRENT CASE TITLE**
Best Choice Inn/Sex Trafficking

**REPORT TITLE**
Interview with Confidential Source

**SYNOPSIS**

Homeland Security Investigations/Albuquerque (HSI/AL) and the New Mexico Attorney General's Office (NMAG) is conducting a joint investigation of the Best Choice Inn, which is located in Albuquerque, and its management and employees. The management and employees are suspected of facilitating sex trafficking and other offenses among the residents and customers.

This report will document an interview that was conducted with a confidential source (CS), which occurred on December 20, 2019.

**REPORTED BY**
Morgan Langer
SPECIAL AGENT

**APPROVED BY**
Karl Flusche
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
12/20/2019

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Best Choice Inn/Sex Trafficking | -041 | 12/20/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

08/10/2021 12:54 EDT                                                                                     Page 2 of 3

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

Homeland Security Investigations/Albuquerque (HSI/AL) and the New Mexico Attorney General's Office (NMAG) is conducting a joint investigation of the Best Choice Inn, which is located in Albuquerque, and its management and employees. The management and employees are suspected of facilitating sex trafficking and other offenses among the residents and customers.

On December 20, 2019, Special Agents (SAs) Langer and Murphy interviewed a confidential source (CS) regarding his/her knowledge of the activities at the Best Choice Inn. Also, present at the interview was the CS' defense attorney, Drug Enforcement Administration (DEA) Task Force Officer (TFO) Hoisington, a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) SA and Assistant U.S. Attorneys (AUSAs) Simms, Uballez and Walsh. The CS stated the following:

The CS is good friends with Willie HORTON. HORTON was renting and living in room 110 of the Best Choice Inn at the time of the enforcement operation. (Agent Note: the enforcement operation took place on June 18, 2019). The CS said the firearms found in room 110 were HORTON's firearms. The CS identified the firearms as a Springfield .45 caliber handgun and a Czechoslovakian .9 millimeter handgun. The CS said he/she would regularly purchase both heroin and methamphetamine (meth) from HORTON from out of HORTON's room. The CS would purchase four ounces each of heroin and meth from HORTON every other day.

The CS said that Kamal BHULA also known as (AKA) "Rocky" would ask the CS to refer prostitutes to the Best Choice Inn from the Bow and Arrow Lodge. BHULA would give the CS a $20 bonus for each prostitute he/she referred to the Best Choice Inn. BHULA would offer this because he would make extra money from the prostitutes in the form of late fees on the rooms and in the form of fees per prostitution customers that the women would have "dates" with. The CS said that BHULA would not charge any money to narcotics and firearms dealers who stayed at the Best Choice Inn. The fee per prostitution customer was $10 and there would be contest at the hotel as to which hotel employee could make the most money from the customer fees. The people that participated in the contests were Johnathan CRAFT AKA "YN", HORTON and A▓▓▓▓ and B▓▓▓▓ L▓▓▓▓.

The CS described an incident once where a prostitute named S▓▓▓▓ E▓▓▓▓ escaped from the Best Choice Inn by jumping out a bottom floor window and went to the Bow and Arrow. CRAFT, a male identified by the CS as R▓▓▓▓ A▓▓▓▓ (spelled phonetically), a female the CS identified as T▓▓▓▓ Q▓▓▓▓ and Michael Avila AKA "Trigger" went to the Bow and Arrow and looked for

---



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Best Choice Inn/Sex Trafficking | ▓▓▓▓041 | 12/20/2019 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 
Case 1:19-cr-01631-DHU   Document 616-6   Filed 11/06/23   Page 3 of 3

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

E▇▇▇ in order to return her to the Best Choice Inn, but the CS would not allow them to take her back. During this incident, Avila fired a firearm in the air and claimed he was aiming at E▇▇▇. E▇▇▇ told the CS that CRAFT and BHULA were trying to kill her.

The CS said HORTON said that employees of the Best Choice Inn would take proceeds derived from narcotics trafficking and prostitution to the bank and deposit the money. The CS also said that HORTON would pay for other people's rooms at the Best Choice Inn so he could hide contraband in those rooms if the police came to the hotel.

The CS said he knew Eddie HILL and described him as "security" for the hotel and as aggressive.

The CS said he has bought drugs from Avila as well.

The CS said that A▇▇▇ C▇▇▇ is the mother of HORTON's child and is currently working as a prostitute. The CS said that HORTON knows the type of work that C▇▇▇ does but still insists that she send him money while he is incarcerated.

The CS confirmed that the women at the Best Choice Inn were locked out of their rooms "all the time" if they could not meet their various fees and would then be forced to earn the money through prostitution.

The CS also said that HORTON recruited a male named D▇▇▇ A▇▇▇ (spelled phonetically) AKA "Bullets" to "clean out" the hotel parking lot so that "Bullets" and HORTON can "pimp out all these girls".

The CS said that Pragneshkumar PATEL AKA "Peter" would come into Albuquerque and go to the hotel and have BHULA obtain prostitutes who were staying at the hotel so that they could perform sexual services for PATEL and his other business associates who were traveling with him.

The CS said that CRAFT has made up a list of females who he perceives as testifying against him who he wants to shoot and "get rid of them". The CS said the list is in his cell and is hand written on some discovery material. The CS also said that CRAFT is the highest ranking Gangster Disciple member in Albuquerque and is feared in the facility.

The CS also said that HORTON told him/her that many of the women who were recovered at the Best Choice Inn are now in a program in Santa Fe.

The CS also said that the whole investigation was predicated from a "controlled buy" from a female known as "A▇▇▇" and an undercover officer.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Best Choice Inn/Sex Trafficking | ▇▇▇▇▇▇▇-041 | 12/20/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.