| STATE OF NEW MEXICO -VS- | ARTICLE 2 INITIATION OF PROCEEDINGS STATE OF NEW MEXICO COUNTY OF BERNALILLO IN THE METROPOLITAN COURT | FILED IN METROPOLITAN COURT 2022 DEC 23 PM 1:14 |
|---|---|---|
| Name: Rogelio Loera | | Arrest Date: |
| Address: ▇▇▇▇▇▇ | | Driver Lic. #: ▇▇▇ |
| Albuquerque, NM 87108 | | Citation #: |
| D.O.B. ▇▇/83 | | Arrest #: |
| S.S.N. ▇▇▇ | | Docket #: T4-FR22-6418 |
| Charge: Murder (open count) | | Date Filed: |

| Complainant or Officer: Det. I. Melville | Man #: 5790 |

## CRIMINAL COMPLAINT- ARREST WARRANT AFFIDAVIT

The undersigned, under penalty of perjury, complains and says that on or about the __28th__ day of __October__ 20 __21__, in the County of Bernalillo, State of New Mexico, the above-named defendant(s) did (here state the essential facts):

**Affiant has been with the Albuquerque Police Department since 2016. Affiant is currently assigned to the Criminal Investigations Division, Homicide Unit. Affiant's duties include follow-up investigations on felony crimes to include but not limited to: Homicide, Aggravated Battery, Aggravated Assault, Kidnapping, and Domestic Violence. Affiant has experience in the writing and executing of Search and Arrest Warrants.**

On 10/28/21 at 1347 officers were dispatched to 6724 Cochiti Rd. SE in reference to a shooting call. Comments added to the call from dispatch indicated a male had just been shot in the head and neck. When officers arrived on scene they observed a male laying on the ground in front of apartment #2 who was suffering from at least one gunshot wound. The male was later pronounced deceased at the scene by EMS personnel and was identified as T▇ J▇. Officers observed three individuals standing around the deceased male when they arrived on scene and identified them as M▇ D▇, R▇ T▇ and B▇ Mi▇. M▇ and R▇ said they were both inside of apartment 2 and came outside when they heard gunfire. Officers were provided with additional information indicating the suspect usually resides in apartment 2. After this information was obtained, apartment 2 was cleared of its occupants and secured pending a search warrant for any evidence possibly related to the crime. The occupants who were removed from the apartment were P▇ K▇ and N▇ N▇. P▇ and N▇ were released from the scene shortly thereafter. N▇ indicated to officers he was the renter of apartment 2.

A search warrant was obtained for apartment 2 and executed by the investigative team. Inside the apartment were several personal items labeled with the name "P▇". In addition, a small spiral notebook was found with the writing "P▇ loves Romeo" on the cover.

While detectives were at the scene conducting an investigation, S▇ Ri▇ arrived near the apartment building at 6724 Cochiti and spoke with detectives. S▇ said she was at the apartment building today when the incident occurred. S▇ stated she heard screaming along the lines of "fuck you, fuck you puto" then she heard two gunshots. She said she was standing near the front gate when she saw the victim and the suspect arguing near apartment 2. She said she saw the suspect holding a silver handgun and he was pointing it at the victim. S▇ said she turned to walk away then heard "pop pop". She returned briefly and realized the victim had been shot. S▇ said she has seen the suspect numerous times before this incident and knows him as "Leon". She said he stays in apartment 2 with his girlfriend P▇. She described "Leon" as a Hispanic male in his 20's, about 5'8" or 5'9", skinny, balding short hair on top of his head with a small ponytail or "dovetail" in the back, with numerous tattoos on his body. S▇ said today he was wearing sunglasses, black sweatpants, a t-shirt and an unknown color sweatshirt. She said he always carries a silver and black semi-automatic handgun. S▇ said "Leon" has shot someone before but that victim did not die. She said she witnessed this incident and it occurred about 3

weeks ago at a nearby Thai market. She could not give any more specifics regarding this incident and was unsure if it was ever reported to police.

On 11/02/21, 11/05/21 and 11/07/21 I received three separate anonymous Crimestoppers tips stating the offender from the 6724 Cochiti homicide is an individual who goes by the nickname "Romeo" and that he "lives in the same area" where the homicide occurred.

On 11/11/21 B▇ E▇ was detained by police after he was found operating a known stolen vehicle on the roadway just outside of the Tewa Lodge located at 5715 Central Ave. NE. The vehicle was a white Toyota Camry bearing NM license ASHH61. During his investigative detention, B▇ told officers the stolen vehicle belonged to an individual who goes by the name "Romeo." B▇ also stated "Romeo" told him he had killed someone on Cochiti recently. After this information was learned, officers contacted me and B▇ was transported to the Main Albuquerque Police headquarters for a more in depth interview with detectives.

B▇ stated in the interview with detectives an individual he knows "very well" named "Romeo" came into his room at the Tewa Lodge a few hours ago and asked for a hit of meth. B▇ said "Romeo" was "all tweaked out" and told him "I killed a homeboy." B▇ said "Romeo" had a gun with him and laid it on the bed. Bryan described the gun as a 40 caliber XD with a laser scope, dark gray and silver in color. B▇ said he knew "Romeo" was talking about the homicide on Cochiti because he knows "Romeo" stays in an apartment on Cochiti with his girlfriend P▇ where the homicide occurred. B▇ described "Romeo" as a Hispanic male in his late twenties, about 5'9" or 5'10", shaved head with balding hair and a small "rattail" or ponytail in the back.

On 11/13/21 an individual was found deceased inside of a vehicle from gunshot wounds at 400 Dallas St. NE (Case ▇). One of the individuals who had been shot during the incident but survived was later identified as Rogelio Loera (DOB ▇83). Rogelio goes by the nickname "Romeo". Rogelio Loera had been shot twice, once in the buttocks and once in the pelvic region.

I met with the on-site manager at the Tewa Lodge S▇ R▇ in order to retrieve video from the Tewa Lodge showing the incident involving the stolen vehicle from 11/11/21. As soon as I met with S▇ and explained which video I was requesting, S▇ stated without provocation the other person in the stolen car was an individual who goes by "Romeo" and "Romeo" "did the shooting on Cochiti" a couple weeks ago. S▇ said Romeo "got shot in the ass twice the other night at another homicide you guys had." S▇ stated he heard all of this information from people who stay at the Tewa. S▇ said he would be able to identify "Romeo" if he saw a picture of him.

Det. Wise and I met with S▇ R▇ at the Tewa Lodge. Det. Wise presented S▇ with a photo array I created which contained a picture of Rogelio Loera. S▇ singled out Rogelio's picture from the photo array and wrote on the page "I believe this to be Romeo."

Det. Wise presented S▇ R▇ with a photographic array which included a picture of Rogelio Loera. S▇ positively identified Rogelio Loera as the individual who was arguing with T▇ and pointing a gun at T▇ immediately before he was shot. She also witnessed Rogelio walking away from T▇ after he was shot with the gun still in his hand.

I was notified an individual named J▇ "K▇" B▇ who is currently in custody at the Metropolitan Detention Center had some information she would like to share with detectives regarding the homicide which occurred on Cochiti in October of 2021.

I interviewed J▇ B▇ and J▇ told me she prefers to be called by her transgender name K▇. K▇ told me the day of the homicide she was visiting her friend who lives at 6724 Cochiti #4 when she noticed two individuals arguing outside of apartment 2. The two individuals she saw arguing she identified as JT (victim) and "Romeo" (offender). K▇ said she knows they were arguing over a girl, because "I guess JT was fucking around with her too." Shortly after they started arguing, K▇ said she saw "Romeo" produce a handgun from his waistband and shoot JT three times then flee the area. K▇ said she noticed the gun "Romeo" used was silver and small, possibly a revolver because she did not see any shell casings. K▇ told me she has known "Romeo" for about 10 years and has seen him shoot at people multiple times in the same neighborhood

near where the homicide occurred. I showed K▮ a picture of Rogelio Loera and she immediately identified this individual as "Romeo", the person who shot T▮ J▮.

I drafted a search warrant to T-Mobile to obtain the cell records for the cell number listed for P▮ (505-▮) and I also drafted a search warrant for P▮'s Facebook records (pe▮.k▮).

Once I received the records back from T-Mobile, I noticed P▮'s cell number (505-▮ was in contact with the cell number 505-▮ numerous times directly before and after the homicide the day of the incident (10/28/21). This number was also in contact with P▮'s number numerous times starting in September 2021 and through part of November 2021.

I received P▮'s Facebook records back and observed a chat dated 10/15/21 (13 days prior to the homicide) with an individual who asks "How can I get ahold of Romero dude." P▮ responds "I dnt talk 2 that mf but I'll give u his #....▮-▮." I also observed several other chats in which a person asks P▮ how to get in touch with Romeo indicating she is likely in frequent contact with him.

I drafted a search warrant to T-Mobile for the cell records associated with the number identified as belonging to Rogelio Loera (505-▮). Once I received the records return from T-Mobile, I provided the data to Forensic Data Examiner C. Bridgewater for analysis and mapping. After analysis of the records, Examiner Bridgewater indicated the cell records determined the cellular device associated with the number 505-▮ was likely in the same area of 6724 Cochiti approximately 15 minutes before the first 911 call related to the shooting was generated at 1346. The device can then be located in an area just west of 6724 Cochiti after the homicide is reported. In addition, it should be noted the Tewa Lodge is located just west of where the homicide occurred and it is known Rogelio Loera frequently stays there.

BASED ON THE AFOREMENTIONED FACTS, I RESPECTFULLY REQUEST THAT AN ARREST WARRANT BE ISSUED FOR THE LISTED OFFENDER FOR THE LISTED CHARGES.

contrary to Section(s) __30-2-1_____ NMSA 1978.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

SUBSCRIBED AND SWORN TO ME IN THE ABOVE NAMED COUNTY OF THE STATE OF NEW MEXICO THIS __20th__ DAY OF __December__, 20__22__ AT __2:26 PM__.

_____W Parnall_____
JUDGE, NOTARY, OR OTHER OFFICER
AUTHORIZED TO ADMINISTER OATHS

__12/20/22_____
Date

____Det. Ian Melville_____
AFFIANT

___12/16/22____5790_____
Date          Man #

____Jolanna Macias_____
Assistant District Attorney

__12/16/22__
Date

_____
APD CAD / Case #

CF001
METROPOLITAN COURT RULE 7-201

Approved: Supreme Court, October 1, 1974; amended effective September 1, 1990; April 1, 1991; November 1, 1991.
❑ - Court       ❑ - Defendant       ❑ - Attorney       ❑ - District Attorney