IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-1631 DHU |
| vs. | ) |
| **JOHNATHAN CRAFT**, a.k.a. "Jonathan Craft," "YN," and "Wayan," | ) 18 U.S.C. §§ 922(g)(9) and 924: Prohibited Person in Possession of a Firearm and Ammunition. |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about June 18, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **JOHNATHAN CRAFT**, knowing that he had been previously convicted of at least one misdemeanor crime of domestic violence, specifically:

(1) aggravated battery against a household member, and

(2) battery against a household member (three convictions),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(9) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **JOHNATHAN CRAFT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Smith and Wesson Airweight, .38 special bearing serial number DCX7677; and

b. any ammunition seized with the pistol listed above.

Respectfully Submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

LETITIA CARROLL SIMMS
JACK E. BURKHEAD
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274
