UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 19-1631-002 | USA vs.: | Craft |
| Date: | 2/8/24 | Name of Deft: | Johnathan Craft |
| Before the Honorable: | David Herrera Urias | | |
| Time In/Out: | 10:10 AM-12:26 PM | Total Time in Court (for JS10): | 2 hours 16 minutes |
| Clerk: | J. Gonzales | Court Reporter: | C. McAlister |
| AUSA: | Letitia Simms, Jack Burkhead | Defendant's Counsel: | Barry Porter |
| Sentencing in: | ABQ | Interpreter: | |
| Probation Officer: | Robert Sanchez | Interpreter Sworn? | Yes   No |

| Convicted on: | X | Plea | | Verdict | As to: | X | Information- Count 1 | X | Indictment- Count 7 |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | | | No Plea Agreement | Comments: | |

| Date of Plea/Verdict: | 7/13/23 | PSR: | | Not Disputed | X | Disputed | X | Courts adopts PSR Findings |
|---|---|---|---|---|---|---|---|---|

| Evidentiary Hrg: | X | Not Needed | | Needed | X | Exceptions to PSR: | Court will strike CH point-CH category will be I-sustains objection to 3 level enhancement-makes finding on drug quantity amounts-modification to paragraph 22 |
|---|---|---|---|---|---|---|---|

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 70 months as to each count; said terms to run concurrently for a total term of 70 months |
|---|---|---|
| Supervised Release: | 3 years as to each count; said terms to run concurrently for a total term of 3 years | Probation: |

| REC | X | 500-Hour Drug Program | | BOP Sex Offender Program | Other: | |
|---|---|---|---|---|---|---|
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for     months     days |
| | Comply with ICE laws and regulation | | | Community service for     months     days |
| X | Participate in outpatient substance abuse treatment program | | X | Reside Residential Reentry Center up to 180 days |
| X | Participate in/ mental health treatment program | | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | | Restricted from occupation with access to children |
| X | Refrain from use and possession of synthetic cannabinoids, etc. | | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | | Participate in an educational or vocational program approved by the Probation Officer |

| OTHER: | You shall waive your right of confidentiality-substance abuse<br>You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.<br>You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day.<br>You shall waive your right of confidentiality-mental health<br>You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s).<br>You must not communicate, or otherwise interact, with the victim(s), either directly or through someone else. |
|---|---|

| Fine: | $ | 0.00 | | | Restitution: | $ | 0.00 | |
|---|---|---|---|---|---|---|---|---|
| SPA: | $ | 200.00 | | | Payment Schedule: | X | Due Immediately | Waived |
| OTHER: | Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest in a Smith and Wesson Airweight .38 special bearing serial number DCX7677; any ammunition seized from Room 112 of the Best | | | | | | | |

|   |   |   |   |
|---|---|---|---|
|   | Choice Inn on June 18, 2019; and any United States currently seized from Room 112 of the Best Choice Inn on June 18, 2019. | | |
|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody |   | Voluntary Surrender |
|   | Recommended place(s) of incarceration: | | |
|   | Dismissed Counts: | | |
| OTHER COMMENTS: | Court discusses with counsel objections to find out which objections have been resolved. <br> Counsel argue positions re: objection to paragraph 22. <br> Counsel argue positions re: objection to paragraphs 36, 40 and enhancement in paragraph 49. <br> Counsel argue positions re: objection to paragraph 46. <br> Counsel argue positions re: objections to paragraph 72, 76 and 77. <br> Court will strike CH point-CH category will be I-sustains objection to 3 level enhancement in paragraph 49-will modify language in paragraph 22. <br> Mr. Porter requests sentence of time served. <br> Defendant addresses court. <br> Ms. Simms requests sentence of 108 months. <br> Court cites 3553 factors that warrant variance. | | |