May 5th, 2024

19-CR-1631-DHU

Honorable Judge David Herrera Urias,

I Johnathan R. Craft inmate 05285-151 write to you respectfully seeking assistance with obtaining "Good Time" credits. On May 18th, 2024 I will have been in federal custody totalling 59 months. On Feb. 8th, 2024 I was sentenced by Your Honor to serve 70 months of imprisonment for a violation of 841 (18 U.S.C § 841) Consp. to maintain a drug involved premise and a violation of 922(g)(1) (18 U.S.C § 922(g)(1) and 924) Unprohibited person in possession of a firearm. (This the Best Choice Inn case.)

With respects to the nature of the convictions, and the more than fair judgement imposed, I respectfully request a recommendation awarding good time for the service duration of pretrial incarceration, for the following reasons;

A) During Pretrial Detainment I completed 55+ employment and recidivism reduction programs through Cypherworx as well as 5 Recidivism Reduction Programs through ACCI [Substance Abuse, Victim Impact, Anger Management, Domestic Violence, and Employment] credited programming which is recognized by the B.O.P,

B) Maintained several work details for the duration of my stay at Cibola County Corr. Cent.

C) Became an Imām (Leader of Prayer) for the housing unit in which I lived.

D) Maintained compliance of the Facility's Rules & Regulations (No Write ups).

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 16 2024
MITCHELL R. ELFERS
CLERK

Page 1

(E) Filed recommendations from the facility [C.C.C.C] with the Courts supporting my Positive Qualities and low to no risk of recidivating.

The listed reasoning fall into the range of demostration determination made by the B.O.P Commitee Board under 18 U.S.C. § 3635(3)(A)(B)(C)(i)(ii)(v)(vi)(vii)(ix)(xi) and (xii).

In addition to the list above, and previously verbalized before Your Honor, I am eager to show the communitities, my children, the Courts, the prosecution (Letitia Simmons), and more importantly myself who I am and my positive qualities and attributes. Moreover, I truly need to get to my children before my 3rd eldest son (Yisreal) follow a path of destruction which could lead to him being similarly situated as myself or the fate of my 2nd eldest son that was killed in Feb. 2023 at the tender age of 17.

Instinctively, my plans and actions are now and will remain, to always be positive and do positive deeds regardless of adversity in my path. This life lesson has taught me paitents, integrity, and endurance, while making me understand time's value. I am committed to giving back to the communitities and being a law abiding citizen.

Furthermore, I've expressed my ambition on becoming a Lawyer, and my father Donald Smith has made arraingements for me to join him in his respected field of Drug and Mental Health counsling to help me in my righteous endeavors.

At this time, this letter for the request of "Good Time" elgibility recommendation is the acknowlegement on the standards set forth in both 18 U.S.C. § 3624 (b)(1)("A prisoner who is serving a term of imprisonment of more than 1 year.... may recieve credit towards the service of the prisoners sentence up to 54 days for each year.... subject to determination by the B.O.P that, during that year, the prisoner has displayed exemplary compliance with institutional disciplinary regulations.") and 28 C.F.R. § 523.17(1)("A pretrial detainee may not earn good time while in pretrial status. A pretrial detainee, however, may be recommended for good time credit. The recommendation shall be considered in the event that the pretrial detainee is later sentenced on the crime he or she was in pretrial status."). With this procedural system in place which determines the applicability of "pretrial good time for detainees", and in accordance with the standard of recieveing good time credit through 18 U.S.C § 3635(3) (A)(B)(C)(i)(ii)(v)(vi)(vii)(ix)(xi)(xii) this request for recommendation demostrates legal reasoning for action.

Conclusively, I ask Your Honor to take into consideration my Legal and Moral reasoning for this recommendation upon making any decision. Thank you for your time,

Respectfully,
Johnathan R. Craft
# 05285-151
May 5th, 2024

Johnathan Craft #722840
Doña Ana County Detention Center
1850 Copper Loop
Las Cruces, NM 88005