**From:** Simms, Letitia (USANM) <Letitia.Simms@usdoj.gov>
**Sent:** Friday, May 31, 2024 9:14 AM
**To:** bporter@burgessporterlaw.com; Burkhead, Jack E. (USADC) <Jack.E.Burkhead@usdoj.gov>
**Subject:** RE: [EXTERNAL] FW: Jonathan Craft - SR Conditions - Adding electronic monitoring in lieu of halfway house

If probation agrees with this, then I don't object. But I do want the electronic monitoring.

**From:** bporter@burgessporterlaw.com <bporter@burgessporterlaw.com>
**Sent:** Friday, May 31, 2024 2:47 AM
**To:** Simms, Letitia (USANM) <LSimms@usa.doj.gov>; Burkhead, Jack E. (USADC)
**Subject:** [EXTERNAL] FW: Jonathan Craft - SR Conditions - Adding electronic monitoring in lieu of halfway house

Hi Letitia –

Mr. Craft is due to be released from his incarceration sentence on June 5th or thereabouts.

Rather than having him be at Dierson House upon his release, we feel it is best for him to stay away from all criminal or negative elements (other felons). Mr. Craft has a good plan set up by staying with his step-father who is a drug treatment counselor.

The USPPO assigned to Mr. Craft, Ms. Amy Gee, has done a home visit with the step-father and feels that Mr. Craft's release plan to his step-father's place is good so long as electronic monitoring is added to his SR release conditions.

The exact language we are proposing from Ms. Gee is:

**The requirement of a six-month residency at a halfway house is deleted from the conditions of supervised release in lieu of electronic monitoring as specified by the U.S. Probation department as follows:**

**You must participate in and successfully complete location monitoring for a period of 180 days in the location monitoring program with the Active Global Positioning Satellite (GPS) technology under the curfew component. You may be required to pay all, or a portion, of the costs of the program.**

Please let us know if you have no objection to the requested change… or if this change will require a hearing.

Regards and thanks,

**Barry G. Porter**
Burgess & Porter Law
400 Gold Avenue SW Suite 910
Albuquerque, NM 87102
Tel: 505-433-5545
Fax: 505-835-5435

**From:** Amy Gee <Amy_Gee@nmp.uscourts.gov>
**Sent:** Friday, May 24, 2024 10:39 PM
**To:** sburgess_burgessporterlaw.com <sburgess@burgessporterlaw.com>
**Cc:** bporter_burgessporterlaw.com <bporter@burgessporterlaw.com>
**Subject:** RE: Jonathan Craft

Good Evening,

I conducted a home inspection of the defendant's proposed residence located at 13228 Panorama Loop NE and the residence appears suitable for supervision purposes.

I recommend the location monitoring program be added as a condition in lieu of RRC placement. As mentioned in our previous conversation, the first six months of supervision are crucial as revocation rates are highest during this time. The RRC condition was originally imposed to provide structure and to assist with reintegration into the community. I would like the Court to add the location monitoring condition to assist with providing structure and reduce access to antisocial peer groups which can reduce the probably of recidivism. Please include the following language in your modification request:

**You must participate in and successfully complete location monitoring for a period of 180 days in the location monitoring program with the Active Global Positioning Satellite (GPS) technology under the curfew component. You may be required to pay all, or a portion, of the costs of the program.**

Thank you,
Amy

Amy Gee
United States Probation Office
District of New Mexico, Albuquerque
(505) 348-2684