IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JOHNATHAN CRAFT**<br>　　　　　　　　　　Defendant. | Case No. **19-CR-1631 DHU** |

## ORDER GRANTING UNOPPOSED
## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

　　　This matter is before the Court on Defendant's Unopposed Motion to Modify Conditions of Supervised Release filed on June 2, 2024. There being good cause shown by the Defendant and there being no objection by the government or the USPP Office, the Court finds the motion is well taken and should be granted.

　　　**IT IS HEREBY ORDERED** that Mr. Craft's Special Conditions of his supervised release shall be modified as follows:

1. The condition of residency at a half-way for up to 180 days is deleted.

    In lieu of the halfway house condition, the following condition is added:

2. You must participate in and successfully complete location monitoring for a period of 180 days in the location monitoring program with the Active Global Positioning Satellite (GPS) technology under the curfew component. You may be required to pay all, or a portion, of the costs of the program.

_____
UNITED STATES DISTRICT JUDGE