# Certificate of Completion

*Is awarded to:*

## Johnathan Craft



---

This 27th day of January, 2025
For:
Having successfully attended and participated in 24 weeks of Domestic Violence (DV EIP) Education and Treatment at A.N.A. Behavioral Health!

## Congratulations!



_____ *Anthony McLean* _____

Anthony McLean, LMSW, DVOTI