# Business Plan for a Logistics Company

Strategic Approaches to Vehicle Rental, Insurance, and Cost Management

## Executive Summary

This business plan provides a thorough operational blueprint for a logistics company specializing in vehicle rental, insurance management, and cost control. By examining rental choices, securing comprehensive insurance, and budgeting for both predictable and unforeseen expenses, the company aims for sustainable growth and operational stability. The plan projects weekly profits ranging from $1,750 to $4,550, and monthly profits between $7,000 and $18,200, depending on fleet size, market demand, and operating efficiency.

## Rental Choices: Private Rental vs. Company Van

### Private Rental

- Monthly Cost: **$970.63**
- Features: Preventative maintenance and roadside assistance are included, reducing risk of downtime.
- Benefits: Minimizes unexpected repair expenses, provides greater reliability and customer satisfaction, and ensures prompt service continuity.
- Operational Impact: Ideal for businesses prioritizing reliability and minimal disruption. Maintenance and repairs are handled externally, freeing up management resources.

### Company Van

- Monthly Cost: **$700**
- Features: Includes roadside service only; maintenance responsibility falls on the company.
- Benefits: Provides a lower monthly expense, but exposes the company to potential maintenance costs and longer repair periods.



- Operational Impact: Suitable for companies with in-house maintenance expertise who can manage repairs efficiently.

Choosing between private rental and company van depends on operational priorities—reliability and cost. As the fleet expands, a hybrid solution (mixing both rental types) offers flexibility, scalability, and risk mitigation.

## Insurance Coverage

- NTL Policy: **$58/month** for each vehicle, with **$1 million** coverage.
- Scope: Covers accidents, liability claims, cargo damage, and risks associated with logistics operations.
- Compliance: Ensures adherence to industry standards, protects business assets, and maintains business continuity.
- Best Practices: Review policy terms regularly, update coverage as fleet and operations grow, and consult with insurance experts to optimize protection.

## Variable and Unexpected Costs

### Gas

- Estimated Monthly Cost: **$300–$600**
- Influencing Factors: Distance traveled, cargo weight, and route efficiency.
- Mitigation Strategies: Implement route optimization tools, use fuel-efficient vehicles, and monitor driver behavior for savings.

### Housing

- Cost: **$80/night** per driver for overnight/long-haul trips.
- Approach: Partner with lodging providers for discounts, optimize scheduling to minimize overnight stays.

### Emergency Fund

- Recommended Reserve: **Up to $1,500** to cover unforeseen events (breakdowns, medical emergencies, etc.).

- Management: Keep funds in a dedicated account, review periodically, and adjust as operations scale.

## Certifications / HAZCOM

- HIPAA: Ensures privacy when handling sensitive health-related cargo/documents.
- OSHA / Bloodborne Pathogens: Safety compliance for transporting hazardous materials.
- HAZMAT: Required for drivers handling dangerous goods.
- CPR: Staff trained for emergency response situations.
- DOT Examination / DOT Card: Ensures drivers are medically fit and legally certified for commercial operation.

Ongoing staff training and certification renewal are essential to maintain compliance and ensure workforce readiness.

## Operational Strategy

- Maintenance Integration: Schedule regular services for all vehicles to reduce breakdowns and maximize uptime.
- Fuel Monitoring: Use GPS and telematics to track consumption and optimize routes for efficiency.
- Emergency Protocols: Develop and implement quick-response procedures for accidents, breakdowns, or other disruptions.
- Data Analytics: Employ software to track spending, predict maintenance needs, and inform budgeting decisions as the business grows.

## Financial Planning and Forecasting

- Operating Cost Breakdown: Track expenses for rental/ownership, insurance, fuel, maintenance, labor, and overhead monthly.
- Growth Projections: Adjust fleet size and rental mix based on demand forecasts and ROI analysis.

- ROI Analysis: Evaluate reliability, service quality, and maintenance costs for each rental option to guide expansion decisions.
- Scenario Planning: Develop contingency strategies for market changes, regulatory shifts, and operational disruptions.

## Risk Management and Compliance

- Legal Standards: Ensure all vehicles, drivers, and operations meet current regulations.
- Insurance Updates: Review and modify coverage as business activities diversify.
- Safety Training: Conduct regular training and compliance checks for all staff.
- Incident Reporting: Establish a system for tracking and resolving claims and safety issues.

## Conclusion

By strategically evaluating rental options, investing in robust insurance, and maintaining disciplined cost management, this logistics company is positioned for long-term success. Continuous review of operational practices and adaptation to new challenges will foster resilience and unlock growth opportunities in an evolving industry. The plan's actionable steps ensure stability, customer satisfaction, and profitability for years to come.