

**Re: Johnathan Craft 19-cr-1631-DHU**

From  Larissa Romero <Larissa_Romero@nmp.uscourts.gov>
Date  Fri 1/2/2026 5:39 PM
To  bporter_burgessporterlaw.com <bporter@burgessporterlaw.com>; sburgess_burgessporterlaw.com <sburgess@burgessporterlaw.com>

Good afternoon,

My apologies for the late reply, Mr. Craft's case needed to be carefully reviewed prior to the submission of my position. The probation office cannot make a recommendation regarding the early termination of Mr. Craft due to our policies; however, if the Court wishes, we can provide information on the defendant's behavior and accomplishments during the time he has been under supervision. Please advise if you require anything further.

Thank you so much!



*Larissa J. Romero*
United States Probation Officer
DISTRICT OF NEW MEXICO
ALBUQUERQUE OFFICE
Cell: 505.681.1252 | Office: 505.348.2709

---

**From:** Barry Porter <bporter@burgessporterlaw.com>
**Sent:** Monday, December 15, 2025 10:46 AM
**To:** Larissa Romero <Larissa_Romero@nmp.uscourts.gov>; sburgess_burgessporterlaw.com <sburgess@burgessporterlaw.com>
**Subject:** Johnathan Craft 19-cr-1631-DHU

**CAUTION - EXTERNAL:**

Hi Ms. Romero, (Second Request)

I represent Johnathan Craft. Mr. Craft informed me that he was eligible for early termination of his supervised release.

Can you please let me know your  or Early Termination of SR for Mr. Craft.

Thanks very much.

DEFENDANT'S EXHIBIT C

**Barry G. Porter**
Burgess & Porter Law
400 Gold Ave SW Suite 910
Albuquerque, NM 87102
TEL: 505-433-5545
FAX: 505-835-5435

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.