To Whom It May Concern,

I am writing to offer my strong recommendation for Mr. Craft in his pursuit of Early Termination of Supervision. I have had the privilege of working with Mr. Craft for about 2 years in a mentor capacity, and during that time I have witnessed tremendous personal growth, resilience, and a sincere commitment to helping others.

Mr. Craft has consistently demonstrated insight, accountability, and a deep understanding of the recovery process. His lived experience, combined with his dedication to continued personal development, positions him uniquely to support others navigating similar challenges. He communicates openly and respectfully, shows empathy without judgment, and models healthy coping skills in meaningful and practical ways.

One of Mr. Craft's greatest strengths is his ability to connect with others authentically. He listens actively, validates others' experiences, and provides encouragement while empowering individuals to make their own informed decisions. Mr. Craft understands appropriate boundaries and the importance of maintaining professionalism within helping relationships.

Additionally, Mr. Craft has shown reliability, responsibility, and a strong desire to contribute positively to his community. He approaches recovery not only as a personal journey but as an opportunity to inspire hope in others. His lived experience is paired with maturity, stability, and a genuine passion for peer-based support work.

I am confident that Mr. Craft will be a compassionate, dependable, and effective Peer Support Specialist. He possesses the empathy, integrity, and resilience necessary to make a meaningful impact in the lives of others.

Sincerely,

James Burk

CPSW, CHW, LSAA

A New Awakening

EXHIBIT D