# Certificate
## OF COMPLETION

IN RECOGNITION OF SUCCESSFUL COMPLETION IN:

**Healthcare - CPR / AED**

(Adult / Child / Infant / Choking)
Automated External Defibrillator (AED)

THIS CERTIFICATE IS PROUDLY PRESENTED TO:

**Johnathan R Craft**

The student has successfully met the requirements for certification by completing the cognitive training and skills evaluation in the specified course in terms of NCPRF® and in accordance with the corresponding ILCOR, OSHA, and AHA®/ECC guidelines (2020).

**Date:** Feb 18, 2026    **Renew:** Feb 18, 2028    **ID#:** CE4293    **Instructor:** Paul J. Scruton

**Course Provided By:**
NationalCPRFoundation™

**Signature:** *Paul Scruton*

EXHIBIT E