IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOHNATHAN CRAFT,**<br><br>Defendant. | Case No. **19-CR-01631 (DHU)** |

**REPLY TO RESPONSE BY THE GOVERNMENT**

**TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

COMES NOW the Defendant, Johnathan Craft, by and through his attorney, Barry Porter, and respectfully moves this Court to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this Motion, Mr. Craft states the following:

I. BACKGROUND AND PROCEDURAL HISTORY

Mr. Craft was sentenced in the District of New Mexico for Conspiracy to Maintain a Drug-Involved Premise and Unlawful Possession of a Firearm. Since his release from custody, Mr. Craft has been under the supervision of the United States Probation Office (USPO). He has maintained steady contact with USPO Larissa Romero, as well as remained in full compliance with all conditions of his release.

II. REHABILITATION AND PERSONAL GROWTH

While the USPO provides a necessary framework of structure, Mr. Craft recognizes that true rehabilitation is an internal process. He has dedicated himself to this change, viewing his sobriety and law-abiding lifestyle not merely as "compliance," but as a daily life choice. As Mr. Craft states:   "For all the support those have given me will not be forgotten nor discounted in any way. I will not go back to the person I once was."

EXHIBIT F

III. ARGUMENT FOR EARLY TERMINATION

Under 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release at any time after the expiration of one year if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

 * 1. Exemplary Conduct and Professional Development: Since his release, Mr. Craft has exceeded the standard expectations of supervision. He has maintained consistent, gainful employment with several reputable companies, including UPS, Stericycle Inc., Blue Bell Ice Cream Distribution Company, Southern Glazers, and the Law Office of Meredith Baker. Furthermore, he is currently pursuing a career in service as a Comprehensive Community Support Service Provider (CCSS) and a Certified Peer Support Worker (CPSW) through UNM/OPRE. Upon completion of CCSS classes defendant Craft has a job with State of the Heart Recovery Inc. The projected start date for this employment is March 27th or 30th of 2026. This transition from the criminal justice system to a role helping others navigate similar paths marks the highest level of rehabilitation.

 * 2. Clarification of Criminal History and Risk Assessment: While Mr. Craft's record may appear lengthy, a closer examination reveals only four convictions across Kentucky, New Mexico, and the Federal system. His conduct since 2019 demonstrates that he no longer poses a risk to the public. He has maintained a stable residence and has zero new arrests or technical violations.

 * 3. The Interest of Justice: The primary purpose of supervision is rehabilitation and transition, not continued retribution. United States v. Booker, 543 U.S. 220 (2005). Continued oversight would be a redundant use of government resources. Similarly, in United States v. Swift, No. 04-40001-02-SAC, 2019 WL 6716361 (D. Kan. 2019), the court within this Circuit found that individual compliance and successful reintegration outweigh the seriousness of underlying past offenses.

IV. CONCLUSION

Mr. Craft has proven his commitment through action. He has honored his promises to this Court and has successfully integrated into society as a law-abiding citizen. Continued supervision is no longer necessary to ensure his success or the safety of the community.

WHEREFORE, Johnathan Craft respectfully requests that this Court enter an order terminating his term of supervised release.

Respectfully submitted,

JOHNATHAN CRAFT