IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>**JOHNATHAN CRAFT,**<br>        Defendant. | Case No. 19-CR-1631 - DHU |

## SUPPLEMENT TO REPLY TO GOVERNMENT'S REPONSE TO JOHNATHAN CRAFT'S MOTION FOR EARLYTERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, Johnathan Craft, by and through his attorney of record, Barrett (Barry) G. Porter, Burgess and Porter Law, and respectfully submits this supplemental information in support of his motion filed herein on February 19, 2026 (Doc. 692) pursuant to 18 U.S.C. § 3583(e) and Fed. R. Crim. P. 32.1(c). In addition to the achievements noted in the initial motion and reply, Mr. Craft provides the following information:

  1.  In connection with his Community Peer Support Worker aspirations, Mr. Craft recently completed the following courses: a. Opioid and Nalozxone Administration, b. Opioid Crisis training, c. HIPAA Compliance Essentials, and d. Opioid Overdose Awareness and Prevention. (See Exhibit G - Certificates of Completion Attached).

2. Mr. Craft is also enrolled in the following courses:

   a. BSL- Basic Life Support

   b. Comprehensive Guide to Becoming a Counselor

   c. Mental health studies – Suicide, Violent Behaviors, & Substance Abuse

   d. Guidance and Counseling- Practical Skills

   e. Diploma in Mental Health

   f. Understanding Mental Health

   g. Basics of Counseling and Psychotherapy

   h. Diploma in Cognitive Behavioral Therapy

   i. Drug and Alcohol Awareness and Prevention

   j. Mental Health Care in Children and Young Adults

   k. Psychology of Everyday Life- Mental Health Issues

   l. Diploma in Addiction Substance Abuse and Mental Health Treatment

Respectfully Submitted,
BURGESS & PORTER LAW, LLC

/s/  signed and filed electronically
_____
**Barrett (Barry) G. Porter**
Attorney for Johnathan Craft
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

I hereby certify that the foregoing document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA in this case.

 /s/ signed electronically
_____
**Barry G. Porter**
Counsel for Defendant