




# CERTIFICATE

## J. CRAFT

has received this award for successfully completing the course:

**Opioid and Naloxone Administration Including Narcan® Training**

19th February, 2026
Date of Award



# Alison
EMPOWER YOURSELF

## CERTIFICATE

### JOHNATHAN CRAFT

has received this award for successfully completing the course:

**Opioid Crisis**

1st March, 2026
Date of Award

CPD CERTIFIED






19th February, 2026
Date of Award

CPD CERTIFIED
The CPD Certification Service

To verify:
alison.com/verify/9a83858de7
7465-56607561

Alison
EMPOWER YOURSELF

CERTIFICATE

JOHNATHAN CRAFT

has received this award for successfully completing the course:

HIPAA Compliance Essentials

Maeve Richardson
Director of Certification







Alison
EMPOWER YOURSELF

CERTIFICATE

J. CRAFT

has received this award for successfully completing the course:

**Opioid Overdose Awareness and Prevention**

19th February, 2026
Date of Award

CPD CERTIFIED