**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** CR 19-1631                **DATE:** 3/19/26

**TITLE:** USA v. Johnathan Craft

**COURTROOM CLERK:** C. Velasquez      **COURT REPORTER:**    R. Brazil

**COURT IN SESSION:**  3:02 PM-3:26 PM     **TOTAL TIME:** 24 MINUTES

**TYPE OF PROCEEDING:**  MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [693]

**COURT RULING:**    THE COURT **GRANTS** THE MOTION.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Jack Burkhead                        Susan Burgess-Farrell

**PROCEEDINGS:**
3:02 PM – THE COURT CALLS THE CASE. COUNSEL ENTERS THEIR APPEARANCES. DEFENDANT IS PRESENT.

THE COURT STATES THE PURPOSE OF THE HEARING: DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [693].

3:03 PM – MS. BURGESS-FARRELL, FOR DEFENDANT, PRESENTS HER ARGUMENT IN FAVOR OF EARLY TERMINATION.

THE COURT QUERIES MS. ROMERO, FOR PROBATION, RE RECOMMENDATION ON EARLY TERMINATION. MS. ROMERO STATES THAT DEFENDANT IS ELIGIBLE FOR EARLY TERMINATION. PROBATION WOULD, HOWEVER, LIKE HIM TO BEGIN EMPLOYMENT.

THE COURT QUERIES DEFENDANT RE EMPLOYMENT. DEFENDANT IS NOT CURRENTLY EMPLOYED. DEFENDANT WILL BEGIN FULL-TIME EMPLOYMENT IN THE NEXT WEEK OR SO.

MS. BURGESS-FARRELL, FOR DEFENDANT,  CONTINUES HER ARGUMENT IN FAVOR OF EARLY TERMINATION.

THE COURT QUERIES MS. ROMERO, FOR PROBATION, RE TIME ON SUPERVISED RELEASE. 20 MONTHS.

MS. BURGESS-FARRELL, FOR DEFENDANT, CONTINUES HER ARGUMENT IN FAVOR OF EARLY TERMINATION.

THE COURT QUERIES DEFENDANT RE WHY HE IS REQUESTING EARLY TERMINATION. DEFENDANT SUBMITS THAT HE HAS TAKEN ALL THE LESSONS THAT HE CAN TAKE FROM PROBATION. DEFENDANT SUBMITS THAT FURTHER PROBATION IS UNNECESSARY. HE HAS CHANGED.

3:19 PM – MR. BURKHEAD PRESENTS HIS ARGUMENT OPPOSING EARLY TERMINATION.

THE COURT RULES.
THE COURT **GRANTS** DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE.

THE COURT QUERIES RE WHETHER THERE IS ANYTHING FURTHER.

3:26 PM – THERE BEING NOTHING FURTHER, THE COURT IS IN RECESS.