**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **19-01631 (DHU)** |
| Plaintiff, | |
| v. | |
| JOHNATHAN CRAFT, | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR EARLY TERMINATION OF SUPERVISED RELESE**

This matter, having come before the Court on March 19, 2026, upon the Defendant's

Motion for Early Termination of Supervised Release (Doc. 693), and the Court having weighed

the representations made by Defendant in the Motion, finds good grounds to grant the Motion.

Accordingly, it is ORDERED that Defendant Johnathan Craft's Motion for Early

Termination of his supervised release is granted and his supervised release is hereby terminated.

_____
UNITED STATES DISTRICT JUDGE